UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-01905-SVW-MRW | Date | June 24, 2024 |
|---|---|---|---|
| Title | Vidal Navarro Mendez v. W.N. Morehouse Truck Line, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Sheri Kleeger | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sandeep G. Agarwal | Nicholas Husher |

**Proceedings:**   MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [11]

The motion is DENIED.

The Court sets a jury trial on both liability and damages for December 3, 2024 at 9:00 a.m., with a pretrial conference on November 25, 2024, at 3:00 p.m.

The Court orders plaintiff to produce his cell phone records.

:   25

Initials of Preparer   PMC