UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vidal Navarro Mendez,<br><br>    Plaintiff<br><br>    vs.<br><br>W.N. Morehouse Truck Line, Inc. et al,<br><br>    Defendant. | CASE NO.: 2:24-cv-01905-SVW-MRW<br><br>JUDGMENT<br><br><br><br>JS - 6 |

Pursuant to the Offer of Judgment, Dkt 20, filed on October 9, 2024, and the Acceptance of Offer of Judgment, Dkt 21, filed on October 9, 2024, judgment is entered for Plaintiff VIDAL NAVARRO MENDEZ and against Defendants W.N. MOREHOUSE TRUCK LINE, INC. and STACIE LYNN DARDEN, pursuant to the conditions set for in the Offer of Judgment.

DATE: November 4, 2024

PM Cruz
Clerk of the Court